# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO MINOR    :   No. 380
                                         :

COURT RULES COMMITTEE        :   MAGISTERIAL RULES DOCKET

## **O R D E R**

**PER CURIAM:**

AND NOW, this 9th day of February, 2015, Magisterial District Judge Larry G. Pentz, Franklin County, is hereby appointed as a member of the Minor Court Rules Committee for a term of three years, commencing April 1, 2015.